# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## COLON FELIX, JUAN CARLOS
### CCN #: 18207801
### Arrest Number: 491846146

The event occurred on  **12/07/2018**  at approximately  16:44  at  WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500

On December 7, 2018 at approximately 1644 hours in front of 1600 Pennsylvania Avenue Northwest Washington, DC (The White House). United States Secret Service Uniformed Officer Tyler Young #2174 ("AO") while on patrol in full police uniform and on a marked police bicycle, and Officer A. Trask #2188 ("AS1") were standing in the center of Pennsylvania Avenue in between the south and north sidewalk for a protective closure. During this time, members of the United States Secret Service ("USSS") had cordoned off a section of Pennsylvania Avenue for a protective movement. The closure of Pennsylvania Avenue was 17th Street to 15th Street secured with visible yellow marked police tape stating "police line do not cross" along the north sidewalk and police officers in full uniform marked with "Secret Service." Pedestrians are free to walk in Lafayette Park and up to Pennsylvania Avenue, but must remain on the north sidewalk of Pennsylvania Avenue.

While USSS was engaged in this protective movement, S1 (identified by his -PA DL-32501884 as Juan Carlos Colon Felix) proceeded to ignore the clearly visible yellow police tape marked "police line do not cross." S1 went under the police tape and began walking towards AO clearly crossing the marked police tape. S1 without lawful authority entered cordoned off area of the White House Complex, against the will of an agent of the person lawfully in charge thereof.

AO asked S1 what he was doing. S1 continued to walk towards AO and did not stop. S1 kept repeating the words "I'm sorry." AO then commanded the individual to stop and place his hands behind his back. S1 complied with instructions and did not resist as officers arrested him in the middle of Pennsylvania Avenue. S1 stated that "God told me to come." S1 made several other nonsensical statements, and often failed to compete his sentences. S1 stated that he drove to the White House from Pennsylvania and left his vehicle running and unattended. The vehicle, a gold Hyundai Elantra with Pennsylvania tags was located in the 1600 block of H Street NW with the engine running. S1 did not appear to be under the influence of alcohol and no drug paraphernalia was recovered from S1, however, inside of the Hyundai officers located a grinder and glass pipe.

Officers transported S1 MPD for processing. During the transport to MPD, S1 spontaneously uttered "so if I were to kill the President . . . " but never finished the sentence.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 12/07/2018

| | |
|---|---|
| YOUNG, TYLER / U13653 / U13653 (12/07/2018) E-SIGNATURE | ALS, RON / U08220 (12/07/2018) E-SIGNATURE |
| Police Officer / Badge# / CAD# | Unit                              Witness / Deputy Clerk |
| YOUNG, TYLER / U13653 / U13653 | ALS, RON / U08220 |
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |